UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LISA SIEGEL BELANGER,

DEVORA C. KAISER,

        Plaintiffs

v.

BNY MELLON ASSET MANAGEMENT, LLC,

BRIAN NAGLE,
in his official capacity with BNY Mellon and individually,

BURNS & LEVINSON, LLP,

LISA CUKIER, ESQ.,
in her official capacity with Burns & Levinson, LLP and individually,

LAURA STUDEN, ESQ.,
in her official capacity with Burns & Levinson, LLP and individually,

TARLOW BREED HART & RODGERS, PC,

EDWARD TARLOW, ESQ.,
in his official capacity with Tarlow Breed Hart & Rodgers, PC and individually,

ALBERT DeNAPOLI, ESQ.,
in his official capacity with Tarlow Breed Hart & Rodgers, PC and individually,

CATHERINE WATSON, ESQ.,
in her official capacity with Tarlow Breed Hart & Rodgers, PC and individually,

KAZAROSIAN COSTELLO & O'DONNELL, LLP,

MARSHA KAZAROSIAN, ESQ.,
in her official capacity with formerly Kazarosian Law Office and now Kazarosian Costello & O'Donnell and individually,

WALTER COSTELLO, JR., ESQ.,
in his official capacity as a State actor, official capacity with former Law Office of Walter Costello, Jr. and with now Kazarosian Costello & O'Donnell, and individually,

BRIAN CUFFE, ESQ.,
in his official capacity as SJC Rule 1:07 court appointed guardian, as a private attorney and individually,

JAMES FELD, ESQ.,
in his official capacity as SJC Rule 1:07 court appointed conservator, as a private attorney and individually,

ROBERT LEDOUX, ESQ.,
in his official capacity with LAW OFFICE OF ROBERT A. LEDOUX,

MAXA BERID, ESQ.,
in her official capacity as a State actor, official capacity with Elder Services of Merrimack Valley, Inc., official capacity with BERID & SCHUTZBANK, LLC, and individually,

BERID & SCHUTZBANK, LLC,

ELDER SERVICES OF MERRIMACK VALLEY, INC.,

THOMAS BARBAR, ESQ.,
in his official capacity as a State actor, official capacity with WILLIAMS BROOKS DERENSIS & Holland, and individually,

DIANE POWELL,
in her official capacity as a State actor, official capacity with Elder Services of Merrimack Valley, Inc., and individually,

SCOTT DAILEY,
in his official capacity as a State actor, official capacity with Elder Services of Merrimack Valley, Inc., and individually,

MICHAEL SPRINGMAN,
in his official capacity as a State actor, official capacity with Elder Services of Merrimack Valley, Inc., and individually,

CHERI MYETTE, ESQ.,
in her official capacity as a State actor and individually,

MICHAEL NOVACK, LICSW,
in his official capacity as a State actor, official capacity with ELDER RESOURCES, INC., and individually,

MARY ANN REMILLARD, ESQ.,
in her official capacity as a State actor and individually,

NORTHEAST HOSPITAL CORPORATION,
d/b/a BEVERLY HOSPITAL,

WHITTIER HEALTH NETWORK, INC.,
d/b/a WHITTIER PAVILION,

RICHARD GARMIL, ESQ.,
in his official capacity with Whittier Pavilion and individually,

MERRIMACK VALLEY HOSPITAL,
d/b/a STEWARD FAMILY HOSPITAL, INC.,

DR. JANICE FUNK,
In her official capacity as a private practitioner and individually,

DR. PING CUI,
in her official capacity as a private practitioner and individually,

PIERCE & MANDELL, PC

BRANDON SAUNDERS, ESQ.,
in his official capacity with Merrimack Valley Hospital, official capacity with Pierce & Mandell, and individually,

DR. KAI HAYES,
a/k/a Karla Hayes, in her official capacity with Merrimack Valley Hospital, and individually

DR. ROBERT PORTNEY,
in his official capacity as a private practitioner and individually,

DR. PETER W. COHEN,
in his official capacity as a private practitioner and individually,

KENNEY ENTERPRISES, LLC,
d/b/a RIGHT AT HOME,

BRENDA WOJICK, R.N.,
in her official capacity with Right At Home and individually,

SHERYL SIDMAN,

ALAN SIDMAN,

COMMONWEALTH OF MASSACHUSETTS,

      Defendants