UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SIEGEL BELANGER and DEVORA C. KAISER, Plaintiffs, <br><br> v. <br><br> BANK OF NEW YORK MELLON ASSET MANAGEMENT, LLC, et al Defendants. | DOCKET NO: 1:15-cv-10198-ADB |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for the defendants, Edward Tarlow, Albert Denapoli, Catherine Watson and Tarlow Breed Hart & Rodgers, P.C. Attorney Scott Douglas Burke will continue to keep his appearance on behalf of said defendants.

*s// Colin T. Barrett*

Colin T. Barrett, BBO# 690726
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7578 (Direct Dial)
(617) 342-4937 (Fax)
cbarrett@morrisonmahoney.com

1572235v.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date, March 21, 2015.

*s// Colin T. Barrett*
Name, BBO No. 690726