**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Lisa Siegel Belanger, et. al.
        Plaintiff

V.

BNY Mellon Asset Management, LLC et. al.
        Defendant

CIVIL ACTION

NO. 1:15-cv-10198-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Memorandum and Order issued on March 28, 2017 granting [154] Defendants' Motions to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

April 25, 2017
Date

/s/ Mariliz Montes
Deputy Clerk